# *United States District Court*
## CRIMINAL MINUTES - GENERAL

Time Commenced: 11:00 am                                    Case No.   3:04mj40/MD

Time Concluded: 11:05 am                                    Date       11/30/06

DOCKET ENTRY: 1st appearance

Government orally moved to dismiss the Information because of jurisdictional issues - Granted

PRESENT:     HON.   MILES DAVIS   , MAGISTRATE JUDGE          JOANNE AHR
                                                              Deputy Clerk
             Karen Cook                 CD                Steve Preisser
                   USPO          Court Reporter/Tape       Asst. U.S. Attorney

U.S.A. vs.   WILLIAM R. LITTLE

             X present    X custody    ____bond    ____O/R    SS#: _____ DOB

             JOHN BEROSET                     ____Apptd.  X Retained   X Present
                  Attorney for Defendant

PROCEEDINGS: