# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS

WILLIAM R. LITTLE

CASE NO. 3:04MJ40

## WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM R. LITTLE__
                                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer an

## Information

charging him or her with:

Driving Under the Influence Of Alcohol and Refusal

in violation of Title 18 United States Code, Section(s) 7 &13

| | |
|---|---|
| William M. McCool<br>Name of Issuing Officer<br>*[signature]*<br>Deputy Clerk: Irma McCain-Coby | Clerk of Court<br>Title of Issuing Officer<br><br>August 3, 2004   Pensacola<br>Date and Location |
| Bail fixed at $_____<br>and/or in accordance with Comprehensive Crime<br>Control Act of 1984. | by _Elizabeth M. Timothy_<br>Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____<br>_Foley, Alabama_ |

| DATE RECEIVED<br>5-3-01<br>DATE OF ARREST<br>11-30-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Dennis A Williamson<br>US Marshal | SIGNATURE OF ARRESTING OFFICER<br>By *[signature]* |